JACOB RODLER and GEORGE BIEWENER, Respondents, v. SAMUEL PACHT and EDDA PACHT, Appellants.— Judgment reversed on the law and the facts in the interest of justice, and the complaint unanimously dismissed, with costs. Plaintiffs' 7th finding of fact and 1st, 2d and 3d conclusions of law are reversed, and defendants' 4th, 6th, 7th and 8th requests to find, and the 1st, 2d and 3d conclusions of law, are found as requested. No opinion. Blackmar, P. J., Rich,

Jaycox, Manning and Young, JJ., concur. Settle order on notice before Mr. Justice Rich.